United States Court of Appeals
**Fifth Circuit**

**F I L E D**

**April 20, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-50593
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICK DEBOUSE,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:03-CR-163-ALL
---------------------

Before JONES, SMITH, and PRADO, Circuit Judges.

PER CURIAM:[*]

Patrick Debouse appeals his conviction following a jury trial for being a felon in possession of a firearm. Debouse argues that the district court should have instructed the jury on transitory possession. Debouse argues that the jury instruction he requested is supported by United States v. Panter, 688 F.2d 268, 269 (5th Cir. 1982).

Panter is inapposite, however, because Debouse did not possess a firearm in self-defense. See id. at 272. Because the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

instruction Debouse requested incorrectly stated the law and was without foundation in the evidence, the district court did not abuse its discretion when it declined to use it.  See United States v. Tannehill, 49 F.3d 1049, 1057-58 (5th Cir. 1995); Panter, 688 F.2d at 269.

AFFIRMED.